UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION at ASHLAND

CIVIL ACTION NO. 13-162-HRW

JESSE R. TERRY.,                                                                         PLAINTIFF,

v.                                                    ORDER

CORRECTCARE INTEGRATED HEALTH, INC.,                                  DEFENDANT.

This matter was referred to United States Magistrate Court Judge Edward B. Atkins for screening pursuant to 28 U.S.C. 1915A. The Magistrate Judge filed a Report and Recommendation, in which he found that Plaintiff's Complaint does not state a claim upon which relief can be granted and, as such, should be dismissed.

Plaintiff has not filed objections to the report and recommendation and the time for doing so has passed. After carefully considering the record, the Court finds the report and recommendation well taken and shall adopt the same as and for its own opinion.

Accordingly, **IT IS THEREFORE ORDERED AND ADJUDGED,**

(1)     that the Magistrate Judge's Report and Recommendation [Docket No. 24] is

         hereby **APPROVED** and **ADOPTED** as and for the Court's opinion; and

(2)     this matter be **DISMISSED WITH PREJUDICE.**

This 27th day of August, 2015.



Signed By:
Henry R. Wilholt, Jr.
United States District Judge